# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SHYVONNE HILL

VERSUS

DG LOUISIANA, LLC

CIVIL ACTION

21-325-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes, dated June 30, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this matter is remanded to the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana the  5th  day of August, 2022.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 18.